[Crim. No. 391.   Fourth Appellate District.—November 16, 1939.]

THE PEOPLE, Respondent, v. JESUS VARGAS, Appellant.

No appearance for Appellant.

Earl Warren, Attorney-General, and John P. Knauf, Deputy District Attorney, for Respondent.

MARKS, J.—This is a motion to affirm the judgment under the provisions of section 1253 of the Penal Code. The clerk's and reporter's transcripts were filed in the office of the clerk of this court on October 16, 1939. The case was placed for argument on the calendar of November

14, 1939. No brief or appearance has been filed or made for defendant.

The judgment is affirmed.

Barnard, P. J., and Griffin, J., concurred.